UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUY ADAM ROOK,

        Petitioner,

v.

DONALD HOLBROOK,

        Respondent.

CASE NO. C18-233 JCC-BAT

**ORDER GRANTING MOTION TO SUBSTITUTE EXHIBITS TO HABEAS PETITION**

The Court GRANTS petitioner's motion to substitute exhibits to the habeas petition, Dkt. 16, and ORDERS the exhibits 1-77, filed on April 13, 2018, at Dkt. 16, will replace all previously filed exhibits to petitioner's habeas petition.

DATED this 3rd day of May, 2018.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO
SUBSTITUTE EXHIBITS TO HABEAS
PETITION - 1