UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY ADAM ROOK,<br><br>                Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>               Respondent. | CASE NO. C18-233 JCC-BAT<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO ANSWER** |

The Court GRANTS respondent's motion to extend time to Answer, Dkt. 17, and ORDERS: the Answer is due June 18, 2018.

DATED this 15th day of May, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO ANSWER - 1