UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY ADAM ROOK,<br><br>               Petitioner,<br><br>  v.<br><br>DONALD HOLBROOK,<br><br>               Respondent. | CASE NO. C18-233 JCC-BAT<br><br>**ORDER GRANTING SECOND MOTION TO EXTEND TIME TO ANSWER** |

The Court GRANTS respondent's second motion to extend time to Answer, Dkt. 21, and ORDERS: the Answer is due August 17, 2018.

DATED this 12th day of June, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING SECOND MOTION TO
EXTEND TIME TO ANSWER - 1