UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY ADAM ROOK,<br><br>               Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>              Respondent. | CASE NO. C18-233 JCC-BAT<br><br>**ORDER GRANTING PETITIONER'S MOTION TO EXTEND TIME TO REPLY** |

The Court GRANTS petitioner's unopposed motion to extend time to file a reply, Dkt. 28, and ORDERS: petitioner's reply is due December 10, 2018.

DATED this 5th day of September, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge