UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY ADAM ROOK, <br><br> Petitioner, <br><br> v. <br><br> DONALD HOLBROOK, <br><br> Respondent. | CASE NO. C18-233 JCC-BAT <br><br> **ORDER REGARDING PETITIONER'S REQUEST FOR CLARIFICATION** |

Petitioner requests the Court respond to the following question: "Did you see any particular issue that requires a more articulated argument or briefing?" Dkt. 30. It is inappropriate for the Court to advise a party. The Court, for instance, cannot advise Respondent what arguments it should raise or articulate; likewise the Court cannot advise Petitioner. Petitioner should also note because he is represented by counsel, he does not have the right to file his own *pro se* pleadings, and that so long as Petitioner is represented, the Court will strike all future *pro se* pleadings.

DATED this 15th day of November, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge