DISTRICT JUDGE JOHN C. COUGHENOUR
CHIEF MAGISTRATE JUDGE BRIAN A. TSUCHIDA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY ADAM ROOK, | No. CV18-233-JCC-BAT |
| Petitioner, | |
| v. | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY |
| DONALD HOLBROOK, | |
| Respondent. | |

THE COURT has considered Petitioner's unopposed motion for an extension of time to file his reply, in addition to all of the records and files in this case.

IT IS NOW ORDERED that Petitioner's reply deadline will be extended for 90 days. The new deadline for filing a reply is March 11, 2019.

DATED this 30th day of November, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

Presented by:

s/ *Vicki Lai*
Assistant Federal Public Defender
Attorney for Guy Rook

ORDER GRANTING MOTION
FOR EXTENSION OF TIME
(*Guy Rook*, CV18-233-JCC-BAT) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**