1

2

3

4

5

6          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                     AT SEATTLE

8   GUY ADAM ROOK,

9                          Petitioner,          CASE NO. C18-233 JCC-BAT

10          v.                                  **SECOND ORDER GRANTING**
                                                **MOTION TO EXTEND TIME TO**
11  DONALD HOLBROOK,                            **REPLY**

12                         Respondent.

13          Petitioner has filed a second unopposed motion for an extension of time to file a

14  reply. Dkt. 34. The GRANTS the motion and ORDERS:

15          1.      Petitioner's reply deadline is extended to June 10, 2019.

16          2.      This is the last extension the Court will grant, given the length of time the

    case has been pending and the number of extension requests.

17          3.      The clerk shall renote this matter for June 14, 2019.

18          DATED this 11th day of March, 2019.

19

20          _____
                    BRIAN A. TSUCHIDA
21                  United States Magistrate Judge

22

23