UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GUY ADAM ROOK,<br><br>               Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>              Respondent. | CASE NO. C18-233 JCC-BAT<br><br>**ORDER GRANTING MOTION TO STAY** |

Petitioner by counsel has filed a motion to stay the federal habeas proceedings pending a decision by the Washington State Supreme Court in *State v. Moretti*, No.95263-9. Dkt. 36. Petitioner contends the *Moretti* decision may provide grounds to file a personal restraint petition (PRP) in the state court that challenges the constitutionality of his sentence. In specific he argues that he is serving a life sentence under Washington's Three-Strikes Sentencing Provisions, and that one of his strikes was committed when he was 20 years old. *Id.* at 2. He implies this strike is constitutionally invalid and that the issue will be fleshed out in the *Moretti* decision.

Petitioner's motion was filed on March 28, 2019 and was noted for June 7, 2019. Respondent has not responded to the motion. The Court accordingly ORDERS:

1. Petitioner's motion to STAY the habeas proceedings herein is GRANTED.

ORDER GRANTING MOTION TO STAY - 1

2. Petitioner shall file with the court a report every 120 days that apprises the court of the status of the state proceedings.

3. Petitioner shall immediately file notice with the court once state proceedings are concluded, or if petitioner decides not to file an PRP under *Moretti* so that the court can reset a schedule to address the federal habeas petition.

4. The Clerk shall renote Respondent's Response (Dkt. 24) for October 8, 2019. If state proceedings are not concluded, the Clerk shall renote the response for 120 days following October 8, 2019, and every 120 days thereafter until state proceedings are finalized.

DATED this 10th day of June, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO STAY - 2