UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GUY ADAM ROOK,

    Petitioner,

v.

DONALD HOLBROOK,

    Respondent.

CASE NO. C18-233 JCC-BAT

**ORDER SETTING DUE DATE FOR PETITIONER'S REPLY AND RENOTING RESPONSE**

On June 10, 2019, the Court granted petitioner's motion to stay the federal habeas proceedings pending a decision by the Washington State Supreme Court in *State v. Moretti*, No.95263-9. Dkt. 36. Petitioner requested the stay contending the *Moretti* decision may provide grounds to file a state court personal restraint petition (PRP) challenging the constitutionality of his sentence.

On August 22, 2019, petitioner filed a notice that the Washington State Supreme Court decided *State v. Moretti*, No. 95263-9. Dkt. 38. *Moretti* holds a life-without-parole sentence based upon a first strike committed in late adolescence and early-adulthood does not categorically violate the Washington Constitution which is more protective than the United States Constitution. Because this matter was stayed pending the outcome of the *Morretti* appeal, the Court **ORDERS:**

ORDER SETTING DUE DATE FOR
PETITIONER'S REPLY AND RENOTING
RESPONSE - 1

(1) Petitioner shall advise the Court by **August 30, 2019,** whether the federal habeas proceedings should remain stayed because petitioner intends to file a PRP in the state courts based upon the *Morretti* decision.

(2) If petitioner advises that a PRP will not be filed, then petitioner is directed to file a reply brief in opposition to the response filed herein at Dkt. 24. The reply brief will be due no later than **September 23, 2019**.

(3) The clerk shall renote the response, Dkt. 24, for **September 27, 2019**.

DATED this 23rd day of August, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge